# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:09MC6 |
| | ) | |
| JOEL NELSON | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon motion of the United States of America, for the reasons stated in its motion, and for good cause shown, it is ORDERED that the motion to dismiss is GRANTED and this action is DISMISSED without prejudice.

Signed: April 22, 2009

Frank D. Whitney
United States District Judge